IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GEORGE TRAMMELL, | § § | |
| Plaintiff, | § § | |
| v. | § § | 1:15-CV-052-RP |
| KEVIN FRUGE, MIKE KROGMANN, BRIAN NEVEU, E.F. DELAROSA, HUNTER WEBB, M. GARZA, SHELBY INGLES, AND CITY OF ROUND ROCK, TEXAS | § § § § § § | |
| Defendants. | § | |

**ORDER**

In accordance with this Court's order, dated June 29, 2016, (Dkt. 40), and in light of the fact that Plaintiff has produced no additional evidence in support of his claims against Officer Ingles and Sergeant Krogmann for supervisor liability, the Court grants summary judgment to Officer Ingles and Sergeant Krogmann on Mr. Trammell's claims for supervisor liability.

As the Court previously explained, in order for a supervisor to be held liable for a § 1983 claim for failure to supervise, "the plaintiff must show that: (1) the supervisor either failed to supervise or train the subordinate official; (2) a causal link exists between the failure to train or supervise and the violation of the plaintiff's rights; and (3) the failure to train or supervise amounts to deliberate indifference." *Goodman v. Harris Cty.*, 571 F.3d 388, 395 (5th Cir. 2009) (internal quotation marks omitted). Mr. Trammell has failed to submit sufficient evidence to create a genuine dispute of material fact as to whether Officer Ingles or Sergeant Krogmann are liable or to overcome the officers' claims of qualified immunity. In particular, Mr. Trammell complains of Sergeant Krogmann's conduct *after* his arrest, but has submitted no evidence that Sergeant Krogmann's conduct could have caused the alleged constitutional violations. Mr. Trammell also

1

failed to submit any evidence that Officer Ingles' conduct caused the alleged constitutional violation, or that her alleged failure to supervise amounted to deliberate indifference.

In light of the forgoing and in accordance with its order, dated June 29, 2016, the Court **GRANTS** summary judgment in favor of Sergeant Krogmann and Officer Ingles for Plaintiff's claims for supervisor liability.

**SIGNED** on July 12, 2016

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE